RECEIVED DEC 04 2019

Nov 28th 2019

To whom it May Concern,

My Name is Frank S. Alvarado, and I am writing this Letter in Regards to an address change: As of 11-24-19 I was Moved/Transferred To the Federal Bureau of Prisons in PEKIN, Illinois. My current Mailing address is as follows:

FRANK S. ALVARADO # 23638-055
FEDERAL Correctional Institution
P.O. BOX 5000
PEKIN, Illinois 61555-5000

I am involved in a 1983 Civil Suit "Alvarado v. Gardner et. al.."

Thank you Sincerely,

Frank Alvarado
# 23638-055
FRANK S. ALVARADO

Frank Alvarado #23638-055
Federal Correctional Institution
~~P.O. Box 5000~~
P.O. Box 5000
Pekin, IL. 61555-5000



PEORIA IL 615

date not legible
12/04/19
K

⇔ 23638-055 ⇔
Clerk Of The District Court
Box #12
111 7TH AVE SE
Northern District of Iowa
Cedar Rapids, IA 52401-2101
United States